Richard S. Busch (SBN 319881)
richard.busch@arlaw.com
Mark L. Block (SBN 115457)
mark.block@arlaw.com
David Niemierzycki (*pro hac vice* forthcoming)
david.niemierzycki@arlaw.com
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
drew.davis@arlaw.com
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470

Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
Martin R. Glick (SBN 40187)
marty@skaggsfaucette.com
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547

*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EIGHT MILE STYLE, LLC; and MARTIN AFFILIATED, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC.,<br><br>Defendant. | Case Number: 5:26-cv-13399<br><br>**NOTICE OF MANUAL FILNG OF DIGITAL MEDIA EXHIBITS (MP4 VIDEOS)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs, Eight Mile Style, LLC and Martin Affiliated, LLC (collectively, "Eight Mile Style"), have manually filed and submitted digital media exhibits pursuant to Civil Local Rule 5-1(a)(4) and the Court's directives.

Due to the technical limitations of the standard CM/ECF system for non-PDF media formats, and in accordance with the 20-file restriction per transmission, these exhibits have been electronically transmitted in seven (7) distinct batches via the secure, Court-designated Box link.

A complete inventory of the one hundred sixteen (116) MP4 video files submitted via Box is attached hereto as "**Exhibit A: Master Exhibit Index**."

Dated: November 20, 2026

*<u>/s/ Richard S. Busch</u>*

**ADAMS & REESE, LLP**
Richard S. Busch (SBN 319881)
Mark L. Block (SBN 115457)
David Niemierzycki (*pro hac vice* forthcoming)
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
richard.busch@arlaw.com
mark.block@arlaw.com
david.niemierzycki@arlaw.com
drew.davis@arlaw.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (SBN 193066)
Martin R. Glick (SBN 40187)
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| **Batch 11-2 (Exhibits B1-B8)** | | |
| Ex. B-1 | [11-2] Ex. B-1 Slim shady x Rosefalls.mp4 | Suno Output using Eminem's Likeness and Voice |
| Ex. B-2 | [11-2] Ex. B-2 Lose Yourself by Eminem.mp4 | Infringing Suno Output |
| Ex. B-3 | [11-2] Ex. B-3 Till I Collapse.mp4 | Infringing Suno Output |
| Ex. B-4 | [11-2] Ex. B-4 The Real Slim Shady.mp4 | Infringing Suno Output |
| Ex. B-5 | [11-2] Ex. B-5 Houdini.mp4 | Infringing Suno Output |
| Ex. B-6 | [11-2] Ex. B-6 Ass Like That.mp4 | Infringing Suno Output |
| Ex. B-7 | [11-2] Ex. B-7 Ass like that II (Remastered).mp4 | Infringing Suno Output |
| Ex. B-8 | [11-2] Ex. B-8 Im cleaning out my conscious.mp4 | Infringing Suno Output |
| | | |
| **Batch 11-3 (Exhibits C1-C108)** | | |
| Ex. C-1 | [11-3] Ex. C-1 8 Mile (Verse).mp4 | Infringing Suno Output |
| Ex. C-2 | [11-3] Ex. C-2 Ass Like That (Ass like that).mp4 | Infringing Suno Output |
| Ex. C-3 | [11-3] Ex. C-3 Ass Like That (Eminem).mp4 | Infringing Suno Output |
| Ex. C-4 | [11-3] Ex. C-4 Brain Damage.mp4 | Infringing Suno Output |
| Ex. C-5 | [11-3] Ex. C-5 Doomsday Pt. 2 (doomsday).mp4 | Infringing Suno Output |
| Ex. C-6 | [11-3] Ex. C-6 Drama Setter (Drama Setter).mp4 | Infringing Suno Output |
| Ex. C-7 | [11-3] Ex. C-7 Evil Deeds (Lord, please forgive me for what I do).mp4 | Infringing Suno Output |
| Ex. C-8 | [11-3] Ex. C-8 Hailie's Song (Halie's song).mp4 | Infringing Suno Output |
| Ex. C-9 | [11-3] Ex. C-9 High All the Time.mp4 | Infringing Suno Output |
| Ex. C-10 | [11-3] Ex. C-10 Houdini (Abracadabra).mp4 | Infringing Suno Output |
| Ex. C-11 | [11-3] Ex. C-11 Houdini (Eminem-Houdini).mp4 | Infringing Suno Output |
| Ex. C-12 | [11-3] Ex. C-12 Houdini (Houdini - Eminem Cover).mp4 | Infringing Suno Output |
| Ex. C-13 | [11-3] Ex. C-13 Houdini (Mas Robos Que En Recamara De Brawlers).mp4 | Infringing Suno Output |
| Ex. C-14 | [11-3] Ex. C-14 Houdini (Neuro-Houdini (feat. Kolobki)).mp4 | Infringing Suno Output |
| Ex. C-15 | [11-3] Ex. C-15 Houdini (Suno Sings).mp4 | Infringing Suno Output |
| Ex. C-16 | [11-3] Ex. C-16 Houdini (Houdini).mp4 | Infringing Suno Output |
| Ex. C-17 | [11-3] Ex. C-17 I'm Back (Hi, my name is, what My name is, who).mp4 | Infringing Suno Output |
| Ex. C-18 | [11-3] Ex. C-18 I'm Back.mp4 | Infringing Suno Output |

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| Ex. C-19 | [11-3] Ex. C-19 Kill You (F-43 KILL YOU).mp4 | Infringing Suno Output |
| Ex. C-20 | [11-3] Ex. C-20 Lose Yourself (Cotton Candy Clouds x Lose Yourself (country rap style) (Mashup)).mp4 | Infringing Suno Output |
| Ex. C-21 | [11-3] Ex. C-21 Lose Yourself (Eminem - Lose Yourself (1950's Motown Soul AI Cover [BEST VERSION] (Remastered)).mp4 | Infringing Suno Output |
| Ex. C-22 | [11-3] Ex. C-22 Lose Yourself (Eminem - Lose Yourself (Motown Soul Cover)).mp4 | Infringing Suno Output |
| Ex. C-23 | [11-3] Ex. C-23 Lose Yourself (Eminem - Lose Yourself cover).mp4 | Infringing Suno Output |
| Ex. C-24 | [11-3] Ex. C-24 Lose Yourself (EMINEM - Lost yourself).mp4 | Infringing Suno Output |
| Ex. C-25 | [11-3] Ex. C-25 Lose Yourself (Eminem 1950's Motown Doo-Wop Swing - Lose Yourself).mp4 | Infringing Suno Output |
| Ex. C-26 | [11-3] Ex. C-26 Lose Yourself (EMINEM Cover- LOSE YOURSELF).mp4 | Infringing Suno Output |
| Ex. C-27 | [11-3] Ex. C-27 Lose Yourself (Eminem) [2].mp4 | Infringing Suno Output |
| Ex. C-28 | [11-3] Ex. C-28 Lose Yourself (eminem) [3].mp4 | Infringing Suno Output |
| Ex. C-29 | [11-3] Ex. C-29 Lose Yourself (Eminem) [4].mp4 | Infringing Suno Output |
| Ex. C-30 | [11-3] Ex. C-30 Lose Yourself (Eminem).mp4 | Infringing Suno Output |
| Ex. C-31 | [11-3] Ex. C-31 Lose Yourself (Eminem _-_ Lose_Yourself).mp4 | Infringing Suno Output |
| Ex. C-32 | [11-3] Ex. C-32 Lose Yourself (His palms are sweaty, knees weak, arms a).mp4 | Infringing Suno Output |
| Ex. C-33 | [11-3] Ex. C-33 Lose Yourself (His palms are sweay, knees weak, arms a (Remastered).mp4 | Infringing Suno Output |
| Ex. C-34 | [11-3] Ex. C-34 Lose Yourself (Hold Your Crown (Remastered).mp4 | Infringing Suno Output |
| Ex. C-35 | [11-3] Ex. C-35 Lose Yourself (Look, if you had one shot or one opportu).mp4 | Infringing Suno Output |
| Ex. C-36 | [11-3] Ex. C-36 Lose Yourself (Lose Yourself - in the Jazz).mp4 | Infringing Suno Output |
| Ex. C-37 | [11-3] Ex. C-37 Lose Yourself (Lose Yourself ( soul 50's)).mp4 | Infringing Suno Output |
| Ex. C-38 | [11-3] Ex. C-38 Lose Yourself (Lose Yourself- Eminem).mp4 | Infringing Suno Output |
| Ex. C-39 | [11-3] Ex. C-39 Lose Yourself (Lose Yourself Metal Cover).mp4 | Infringing Suno Output |
| Ex. C-40 | [11-3] Ex. C-40 Lose Yourself (Lose Yourself) [2].mp4 | Infringing Suno Output |
| Ex. C-41 | [11-3] Ex. C-41 Lose Yourself (Lose Yourself) [3].mp4 | Infringing Suno Output |

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| Ex. C-42 | [11-3] Ex. C-42 Lose Yourself (Lose Yourself) [4].mp4 | Infringing Suno Output |
| Ex. C-43 | [11-3] Ex. C-43 Lose Yourself (Lose Yourself) [5].mp4 | Infringing Suno Output |
| Ex. C-44 | [11-3] Ex. C-44 Lose Yourself (Lose Yourself) [6].mp4 | Infringing Suno Output |
| Ex. C-45 | [11-3] Ex. C-45 Lose Yourself (Lose Yourself).mp4 | Infringing Suno Output |
| Ex. C-46 | [11-3] Ex. C-46 Lose Yourself (Mo Beats - Westside).mp4 | Infringing Suno Output |
| Ex. C-47 | [11-3] Ex. C-47 Lose Yourself (The Creator - Lose Yourself).mp4 | Infringing Suno Output |
| Ex. C-48 | [11-3] Ex. C-48 Lose Yourself (Yo, His palms are sweaty, knees weak, ar).mp4 | Infringing Suno Output |
| Ex. C-49 | [11-3] Ex. C-49 Many Men (Many Men Remake).mp4 | Infringing Suno Output |
| Ex. C-50 | [11-3] Ex. C-50 Many Men (Many Men).mp4 | Infringing Suno Output |
| Ex. C-51 | [11-3] Ex. C-51 Mocking Bird (Mockingbird - Reggae).mp4 | Infringing Suno Output |
| Ex. C-52 | [11-3] Ex. C-52 Mockingbird (Duphy - Mum).mp4 | Infringing Suno Output |
| Ex. C-53 | [11-3] Ex. C-53 Mockingbird (Eminem - Mockingbird - blues and groove).mp4 | Infringing Suno Output |
| Ex. C-54 | [11-3] Ex. C-54 Mockingbird (Eminem - Mockingbird Blues Remix).mp4 | Infringing Suno Output |
| Ex. C-55 | [11-3] Ex. C-55 Mockingbird (Eminem Mockingbird remix).mp4 | Infringing Suno Output |
| Ex. C-56 | [11-3] Ex. C-56 Mockingbird (hush).mp4 | Infringing Suno Output |
| Ex. C-57 | [11-3] Ex. C-57 Mockingbird (Mocking bird(Gothic anthem cover)).mp4 | Infringing Suno Output |
| Ex. C-58 | [11-3] Ex. C-58 Mockingbird (Mockingbird (Mommy to Son Version)).mp4 | Infringing Suno Output |
| Ex. C-59 | [11-3] Ex. C-59 Mockingbird (Mockingbird (oth. Ed.)).mp4 | Infringing Suno Output |
| Ex. C-60 | [11-3] Ex. C-60 Mockingbird (Mockingbird mix).mp4 | Infringing Suno Output |
| Ex. C-61 | [11-3] Ex. C-61 Mockingbird (mockingbird) [2].mp4 | Infringing Suno Output |
| Ex. C-62 | [11-3] Ex. C-62 Mockingbird (Mockingbird) [3].mp4 | Infringing Suno Output |
| Ex. C-63 | [11-3] Ex. C-63 Mockingbird (mockingbird).mp4 | Infringing Suno Output |
| Ex. C-64 | [11-3] Ex. C-64 Mockingbird (Recnac vs. Eminem - Mockingbird).mp4 | Infringing Suno Output |
| Ex. C-65 | [11-3] Ex. C-65 Mockingbird (Yeah).mp4 | Infringing Suno Output |
| Ex. C-66 | [11-3] Ex. C-66 Mosh (Flosstradamus - Mosh Clash).mp4 | Infringing Suno Output |
| Ex. C-67 | [11-3] Ex. C-67 Purple Pills (2024-10-09 17-19-50).mp4 | Infringing Suno Output |
| Ex. C-68 | [11-3] Ex. C-68 Role Model (Just Like Me (v.2)).mp4 | Infringing Suno Output |

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| Ex. C-69 | [11-3] Ex. C-69 Smack That (Akon - Smack That (featuring Eminem) [Audio]).mp4 | Infringing Suno Output |
| Ex. C-70 | [11-3] Ex. C-70 Smack That (akon ft Eminem smack that remix).mp4 | Infringing Suno Output |
| Ex. C-71 | [11-3] Ex. C-71 Smack That (haik - Smack That).mp4 | Infringing Suno Output |
| Ex. C-72 | [11-3] Ex. C-72 Smack That (Smack That Akon Sample).mp4 | Infringing Suno Output |
| Ex. C-73 | [11-3] Ex. C-73 Smack That (Smack That).mp4 | Infringing Suno Output |
| Ex. C-74 | [11-3] Ex. C-74 Smack That (Smpx - Smack That).mp4 | Infringing Suno Output |
| Ex. C-75 | [11-3] Ex. C-75 Soldier (Shoulder).mp4 | Infringing Suno Output |
| Ex. C-76 | [11-3] Ex. C-76 Stan (Pvp School Story).mp4 | Infringing Suno Output |
| Ex. C-77 | [11-3] Ex. C-77 Stan (STAN).mp4 | Infringing Suno Output |
| Ex. C-78 | [11-3] Ex. C-78 Stan (Stan (West Coast hip hop Rap) (slow beat Version 2).mp4 | Infringing Suno Output |
| Ex. C-79 | [11-3] Ex. C-79 Stan (Stan (West Coast hip hop Rap) (Slowbeat Version 1)).mp4 | Infringing Suno Output |
| Ex. C-80 | [11-3] Ex. C-80 Stan (Stan v2).mp4 | Infringing Suno Output |
| Ex. C-81 | [11-3] Ex. C-81 Stan (Stan).mp4 | Infringing Suno Output |
| Ex. C-82 | [11-3] Ex. C-82 Superman (Sunday, Monday).mp4 | Infringing Suno Output |
| Ex. C-83 | [11-3] Ex. C-83 The Real Slim Shady (Eminem -- Slim Shady).mp4 | Infringing Suno Output |
| Ex. C-84 | [11-3] Ex. C-84 The Real Slim Shady (Guess 5).mp4 | Infringing Suno Output |
| Ex. C-85 | [11-3] Ex. C-85 The Real Slim Shady (May I have your attention, please) [2].mp4 | Infringing Suno Output |
| Ex. C-86 | [11-3] Ex. C-86 The Real Slim Shady (May I have your attention, please).mp4 | Infringing Suno Output |
| Ex. C-87 | [11-3] Ex. C-87 The Real Slim Shady (Real Slim Shady).mp4 | Infringing Suno Output |
| Ex. C-88 | [11-3] Ex. C-88 The Real Slim Shady (rss).mp4 | Infringing Suno Output |
| Ex. C-89 | [11-3] Ex. C-89 The Real Slim Shady (slim shady).mp4 | Infringing Suno Output |
| Ex. C-90 | [11-3] Ex. C-90 The Real Slim Shady (The real slim shady - Version 2 (ft. Dj Cordal)).mp4 | Infringing Suno Output |
| Ex. C-91 | [11-3] Ex. C-91 The Real Slim Shady (The Real Slim Shady) [2].mp4 | Infringing Suno Output |
| Ex. C-92 | [11-3] Ex. C-92 The Real Slim Shady (The real slim SHADY) [3].mp4 | Infringing Suno Output |
| Ex. C-93 | [11-3] Ex. C-93 The Real Slim Shady (The Real Slim Shady).mp4 | Infringing Suno Output |
| Ex. C-94 | [11-3] Ex. C-94 Thugs Get Lonely Too (ninja aadat).mp4 | Infringing Suno Output |

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| Ex. C-95 | [11-3] Ex. C-95 Till I Collapse (Till I Collapse Eminem).mp4 | Infringing Suno Output |
| Ex. C-96 | [11-3] Ex. C-96 Toy Soldiers (Toy Soldiers Martika remix 2k26 v2).mp4 | Infringing Suno Output |
| Ex. C-97 | [11-3] Ex. C-97 Without Me (Blah blah).mp4 | Infringing Suno Output |
| Ex. C-98 | [11-3] Ex. C-98 Without Me (EM YOUR LYRICS ARE TOO MUCH FOR THE AI. THAT Y U ZE GOAT).mp4 | Infringing Suno Output |
| Ex. C-99 | [11-3] Ex. C-99 Without Me (Eminem).mp4 | Infringing Suno Output |
| Ex. C-100 | [11-3] Ex. C-100 Without Me (Obie Trice, real name, no gimmicks).mp4 | Infringing Suno Output |
| Ex. C-101 | [11-3] Ex. C-101 Without Me (Roll Without Me (EmAInem 50s rock'n'roll mix).mp4 | Infringing Suno Output |
| Ex. C-102 | [11-3] Ex. C-102 Without Me (The Real Deal).mp4 | Infringing Suno Output |
| Ex. C-103 | [11-3] Ex. C-103 Without Me (Tuk-tuk guitar).mp4 | Infringing Suno Output |
| Ex. C-104 | [11-3] Ex. C-104 Without Me (Without me - Eminem (DJ Cordal Techno version 2024).mp4 | Infringing Suno Output |
| Ex. C-105 | [11-3] Ex. C-105 Without Me (Without me (Cover) 3).mp4 | Infringing Suno Output |
| Ex. C-106 | [11-3] Ex. C-106 Without Me (Without Me (Trap).mp4 | Infringing Suno Output |
| Ex. C-107 | [11-3] Ex. C-107 Without Me (Without Me).mp4 | Infringing Suno Output |
| Ex. C-108 | [11-3] Ex. C-108 Without Me (Zack Attack x Eminem's Without Me Suno Version (Mashup)#2).mp4 | Infringing Suno Output |