**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EIGHT MILE STYLE, LLC, et al.,<br>Plaintiffs,<br>v.<br>SUNO, INC.,<br>Defendant. | Case No. 26-cv-13399-BLF; 26-cv-08507-RFL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROUND HILL MUSIC LP,<br>Plaintiffs,<br>v.<br>SUNO, INC.,<br>Defendant. | |

Under Civ. L.R. 3-12(c), the Court refers this case to Judge Rita F. Lin for consideration of whether this case is related to *Round Hill Music LP v. Suno, Inc.*, Case No. 5:26-cv-08507-RFL.

**IT IS SO ORDERED.**

Dated: November 20, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California